No. 2630. HUFF *v.* LATIMER. April Term, 1890.

On the call of this case for argument (see *ante*, page 255), respondent moved to dismiss the appeal on the ground that the appeal had been taken before the entry of judgment in the Circuit Court. The motion was refused PER CURIAM, May 14, 1890, as the Brief did not show the fact to be as alleged.

No. 2631. STATE *v.* HIGHTOWER. April Term, 1890. This was an appeal dismissed PER CURIAM, May 15, 1890, without prejudice, no final judgment having been rendered, the sentence of the Circuit Court being sealed up and not yet pronounced.

No. 2634. LOMBARD *v.* BROWN. April Term, 1890. On motion of respondent, the appeal in this case was declared abandoned and the defendant allowed to proceed as if no appeal had been taken, it appearing that the Case as settled had not been filed in the office of the clerk of the Circuit Court within ten days after settlement, as required by rule 49 of the Circuit Court. Order PER CURIAM, May 28, 1890. *Robert Aldrich*, for the motion. *James E. Davis*, contra.

No. 2635. PENDER *v.* LANCASTER. April Term, 1890. On motion of respondent, the appeal in this case was declared to have been waived by appellants' failure to serve a Case as required by law. PER CURIAM, May 28, 1890.